he is entitled to credit for the time he served on probation against the 3- to 10-year sentences subsequently imposed upon him.

■■ A judgment pending on appeal has not reached a final adjudication (*People v. Chupich* (1973), 53 Ill.2d 572, 295 N.E.2d 1; *People v. Johnson* (1973), 13 Ill.App.3d 1020, 304 N.E.2d 681) and is therefore subject to the provisions of the Code, effective January 1, 1973. (Ill. Rev. Stat. 1973, ch. 38, par. 1008—2—4.) That Code, at section 5—6—4 (h) provides in pertinent part:

> "Time served on probation or conditional discharge shall be credited against a sentence of imprisonment or periodic imprisonment * * *."

We note that this section has been amended by Public Act 78—939, which adds the phrase, "unless the court orders otherwise." This change in the statute is effective as of July 1, 1974 (*People v. Braddock* (1974), 17 Ill.App.3d 73, 308 N.E.2d 74; *People ex rel. Klinger v. Howlett* (1972), 50 Ill.2d 242, 278 N.E.2d 84) and, therefore, is applicable to the instant case as our decision here comes after the effective date of the amendment.

■■ For this reason, the cause will be remanded so that the trial court, unless it orders otherwise, may determine the total time spent on probation when imposing sentence and may issue an amended *mittimus* which reflects that determination so that the defendant may be credited according to the statute.

Judgment affirmed and cause remanded with directions in accordance with this opinion.

McNAMARA and MEJDA, JJ., concur.

MANNIE CONEY, Plaintiff-Appellant, *v.* NELLIE L. GRAHAM *et al.*, Defendants-Appellees.

(No. 60082;

First District (1st Division)—January 6, 1975.

PER CURIAM.
SIMON, J., took no part.

Leonard R. Grazian and Norman E. Zimmerman, both of Chicago, for appellant.

Taylor, Miller, Magner, Sprowl & Hutchings, of Chicago (John A. Hutchings and James J. Hoffnagle, of counsel), for appellee Whitmore.

DEVON BANK, Trustee, *et al.*, Plaintiffs-Appellees, *v.* THE CITY OF CHICAGO, Defendant-Appellant.

(No. 58366; ▮▮▮▮▮▮)

First District (2nd Division)—January 7, 1975.